UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:17-cr-00065 GEB |
| Plaintiff, | |
| v. | **ORDER** |
| CALVIN DANIELS, | |
| Defendant. | |

On February 23, 2018, Defendant Calvin Daniels ("Defendant") filed a motion to withdraw his guilty plea in this case. The United States of America gave notice in a filing on February 26, 2018 that it does not oppose this request. Therefore, Defendant's motion to withdraw his guilty plea is granted and the hearing on the motion scheduled on March 2, 2018 is vacated.

Dated: February 27, 2018

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

1